

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-14-00372-CV**
**NO. 02-14-00375-CV**


ROBERT M. COPE AND CECILE Y. COPE                  APPELLANTS

V.

THE STATE OF TEXAS                            APPELLEE

----------

### FROM THE PROBATE COURT OF DENTON COUNTY
### TRIAL COURT NOS. PR-2014-00774, PR-2014-00776

----------

## MEMORANDUM OPINION[1]

----------

On November 20, 2014, we received appellants Robert M. Cope and Cecile Y. Cope's notices of appeal from decisions by special commissioners who were appointed to determine damages in condemnation cases.[2]  On

---

[1]See Tex. R. App. P. 47.4.

[2]See Tex. Prop. Code Ann. § 21.014(a) (West 2014).

December 4, 2014, we sent a letter to the parties to express our concern that we lack jurisdiction because the special commissioners' awards are not final judgments or otherwise appealable. Appellants responded to our letter by stating that they intended for the notices of appeal to invoke the trial court's jurisdiction to adjudicate challenges to the awards and by agreeing that we have no jurisdiction in these cases at this time. Because we lack jurisdiction, we dismiss the appeals. *See* Tex. Prop. Code Ann. § 21.018 (West 2014); Tex. R. App. P. 42.3(a), 43.2(f); *Richard v. HSC Pipeline P'ship*, No. 09-08-00534-CV, 2009 WL 259810, at *1 (Tex. App.—Beaumont Feb. 5, 2009, no pet.) (mem. op.).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  December 31, 2014